Henri JEAN-BAPTISTE,
Plaintiff-Appellant,

v.

SAP, NATIONAL SECURITY SERVICES, INC.; Corporation Trust, Inc., Defendants-Appellees.

No. 17-1533

United States Court of Appeals,
Fourth Circuit.

Submitted: September 26, 2017

Decided: September 28, 2017

Henri Jean-Baptiste, Appellant Pro Se.

Before NIEMEYER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henri Jean-Baptiste appeals the district court's orders dismissing his civil action and denying his motion to reconsider under Fed. R. Civ. P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jean-Baptise v. SAP, Nat'l Sec. Servs., Inc.*, No. 8:17-cv-00095-PWG (Feb. 15, 2017 & Apr. 11, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*